E. S. HASS, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 14817. Promulgated November 1, 1928.

*Ralph Kohlmeier, Esq.*, for the petitioner.
*Shelby S. Faulkner, Esq.*, for the respondent.

OPINION.

MARQUETTE: We are satisfied that the petitioner acquired and operated his ranches with a view to profit and that he expended thereon during the year 1921 the amount of $3,006.32, which he is entitled to deduct in computing his net income for that year. The evidence also convinces us that the petitioner sustained a loss of $800 from the sale of the hardware business which he purchased,

or agreed to purchase from Meyers, and that he is entitled to a deduction in that amount.

*Judgment will be entered under Rule 50.*